# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: July 12, 2013**

Official Caption[1]

2013-1253, -1508

LLOYD RANDALL ANDERSON,

        Plaintiff-Appellee,

v.

TOL, INC.,

        Defendant-Appellant.

Appeals from the United States District Court for the Middle District of Tennessee in No. 12-CV-1312, Judge Aleta A. Trauger.

Authorized Abbreviated Caption[2]

ANDERSON v TOL, INC., 2013-1253, -1508

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.