Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lloyd Randall Anderson    v.    TOL, Inc.

No. 13-1253

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Lloyd Randall Anderson
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant

[ ] Appellant    [✓] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Lucas R. Smith |
| Law firm: | Bass, Berry & Sims PLC |
| Address: | 150 Third Avenue South, Suite 2800 |
| City, State and ZIP: | Nashville, TN 37201 |
| Telephone: | 615-742-6526 |
| Fax #: | 615-742-2786 |
| E-mail address: | lsmith@bassberry.com |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 9/4/2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes    [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

9-10-13
Date

Signature of pro se or counsel

cc: _____

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September, 2013, I electronically filed with the Clerk of this Court the document entitled Entry of Appearance using the court's electronic filing system, which will send notification of such filing to the following:

    Daniel M. Cislo
    Cislo & Thomas, LLP
    1333 2nd Street, Suite 500
    Santa Monica, CA 90401-4110