FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

_____
_____
_____

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

_____
_____
_____

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

_____
_____
_____

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

_____
_____

_____          _____
Date                                          Signature of counsel

                                              _____
                                              Printed name of counsel

Please Note: All questions must be answered
cc: _____

# **CERTIFICATE OF SERVICE**

I electronically filed the foregoing document with the clerk of court for the U.S. Court of Appeals for the Federal Circuit, using the electronic case filing system of the court. The Court's Electronic Filing System caused the document to be served on:

Daniel M. Cislo, Esq.
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-4110
Telephone: (310) 451-0647
Fax: (310) 394-4477
dancislo@cislo.com

Dated: January 13, 2014

/s/ Paige Waldrop Mills
Paige Waldrop Mills